UNITED STATES, Appellee

v

PETER ZULLO, Personnelman Seaman,
U. S. Navy, Appellant

16 USCMA 249, 36 CMR 405

No. 19,324

April 29, 1966

*Fred W. Shields, Esquire,* and *Captain L. G. Bohlen,* USMC, were on the pleadings for Appellant, Accused.

*Colonel J. E. Hanthorn,* USMC, was on the pleadings for Appellee, United States.

## Opinion of the Court

QUINN, Chief Judge:

We granted review in this case on the same issue of jurisdiction that was pending in United States v Surtasky, 16 USCMA 241, 36 CMR 397. For the reasons set out in our opinion in *Surtasky,* we affirm the decision of the board of review.

Judges FERGUSON and KILDAY concur.